# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY CO., ) <br>     **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **GERTRUDE BILLINGSLEY,** ) <br>     **Defendant.** ) | Civil Action No. 09-0267-KD-C |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Court **DECLARES** that the insurance policy at issue in this case is **VOID** due to G. Billingsley's post-loss misrepresentations such that State Farm has no duty to pay any insurance benefits to G. Billingsley as a result of the loss. Additionally, it is **ORDERED** that G. Billingsley shall **REIMBURSE** State Farm the sum of **$4,030.80.**

It is further **ORDERED** that the Court finds in favor of State Farm on G. Billingsley's breach of contract counterclaim.

**DONE** and **ORDERED** this the **20th** day of **October 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1